83,249-01

1530 Limetree
Duncanville, Texas 75137
August 10, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 12 2015

Abel Acosta, Clerk

Mr. Abel Acosta
Court of Criminal Appeals
Capital Station
P O Box 12308
Austin, Texas 78711

Re:     TDJC ID: 01843029
        TR. CT No. 114-0957-12-A WR-83,249-01

Dear Mr. Acosta,

Please be advised of my new address. My former address was:

Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

My new address is:

Jerry Gee
3800 Paluxy, Suite 110
Tyler, Texas 75703

A letter of confirmation upon receipt of this address would be appreciated.

Sincerely,

Jerry Gee
Phone: 903.520.4888